126 NEW JERSEY MISCELLANEOUS REPORTS.

N. J. Dept. Labor—Zaccaria v. Atlas Finishing Co.

NEW JERSEY DEPARTMENT OF LABOR,
WORKMEN'S COMPENSATION BUREAU.

GIACOMO ZACCARIA, PETITIONER, v. ATLAS FINISHING
COMPANY, RESPONDENT.

On final order.

This matter having come on for hearing before the undersigned deputy commissioner upon the petition of the claimant and the answer of the respondent, and a stipulation for the settlement of the case having been formally entered into at the hearing,

It is on this 16th day of November, 1926, ordered and adjudged that the petitioner, Giacomo Zaccaria, recover from Atlas Finishing Company, the respondent, or the Liberty Mutual Insurance Company, carrier, the following sums:

Compensation for disability ..................... $340.00
Medical expenses ................................. 20.00
Counsel fee ..................................... 100.00
                                                 ————
    Total ................................. $460.00

which total sum, when paid, shall be in full compensation for any and all claims of the petitioner arising out of the injury sustained by him as set forth in his petition.

CHARLES E. CORBIN,
*Deputy Commissioner.*